ten dollars costs and disbursements, without prejudice to renewal upon papers showing that plaintiff is unable to secure relief under the provisions of section 153 of the General Municipal Law.■ No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

SHAMRAY B. WILSON, Respondent, v. JAMES L. WILSON, Appellant.— Order modified by reducing amount to be paid to plaintiff for the support and maintenance of herself and infant child to the sum of fifteen dollars per week and counsel fee to the sum of one hundred and fifty dollars, and as so modified affirmed, without costs, but without prejudice to further application on showing increased income. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BENJAMIN F. INGRAM, Appellant, v. HENRY VAN CORTLANDT FISH, Respondent.— Order reversed and motion granted, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of WALTER N. SMITH, Appellant, v. Hon. JOHN R. DAVIES, Justice of the Municipal Court of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

SAMUEL FROST, Appellant, v. FOSTORIA, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents and votes for reversal and to grant motion.

THE STEEL PRODUCERS EXPORT CORPORATION, Respondent, v. CHASE SECURITIES CORPORATION, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

WALTER JANVIER, INC., a Domestic Corporation, Respondent, v. THE CLINICAL LABORATORIES COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

WALTER JANVIER, INC., a Domestic Corporation, Respondent, v. THE CLINICAL LABORATORIES COMPANY, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JESUS ESPENERO, Respondent, v. THE EXPORT STEAMSHIP CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDITH GORDON, Also Known as EDITH SISSO, Appellant, v. MORTIMER D. JONES, M. D., Superintendent of City Hospital, Welfare Island, and Another, Respondents.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

PINCUS COHEN, Appellant, v. NORMANDIE NATIONAL SECURITIES CORPORATION, Respondent, Impleaded with Others.— Order affirmed, with ten dollars